# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JACK LEAL,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　Defendant(s). | 2:21-cv-01965-GMN-VCF<br><br>**ORDER** |

Before me is defendants' motion to continue (ECF No. 25). Due to a conflict on Defendants' calendar, Defendants are requesting to continue the Inmate Early Mediation scheduled for 1:30 PM, May 6, 2022.

Accordingly, and good cause appearing,

I ORDER that defendants' motion to continue (ECF No. 25) is GRANTED.

I FURTHER ORDER that the Inmate Early Mediation scheduled for 1:30 PM, May 6, 2022, is VACATED and will be rescheduled at a later date.

DATED this 2nd day of May 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE