Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Martin L. Novillo
Assistant Federal Public Defender
Virginia Bar No. 76997
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Martin_Novillo@fd.org

*Attorney for Petitioner Jack Leal

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jack Leal,

       Plaintiff,

  v.

Nevada Department of Corrections, *et al.*,

       Defendants.

Case No. 2:21-cv-01965-GMN-VCF

**STIPULATION AND [PROPOSED ORDER] TO MODIFY/AMEND SCHEDULING ORDER**

Pursuant to FRCP 16(b)(4), LR 26-3, the parties stipulate and agree to modify/extend the Scheduling Order (ECF No. 52) and respectfully request that the Court approve their proposed schedule set forth herein to extend all deadlines for a period of thirty (30) days. This is the first stipulation for the extension of these deadlines.[1] This request is submitted at least twenty-one (21) days or more before

---

[1] Counsel for Plaintiff sought two prior extensions in the past, which were unopposed. *See* ECF Nos. 48, 51.

the close of discovery (August 21, 2023), is made in good faith, and is supported by good cause.

## STATEMENT OF FACTS IN SUPPORT OF STIPULATION

Mr. Leal initiated the current matter by filing a Complaint on or about October 25, 2021. ECF No. 1. This Court appointed counsel for Mr. Leal on January 30, 2023. ECF No. 45. Undersigned counsel, Martin L. Novillo, entered his appearance on February 16, 2023. ECF No. 47.

On November 18, 2022, Defendants answered the Amended Complaint. ECF No. 40. On November 21, 2022, the Court entered a Scheduling Order, which set February 16, 2023, as the deadline for filing an Amended Complaint, and May 22, 2023, as the deadline for completing discovery. ECF No. 41. Mr. Leal filed a new motion for appointment of counsel, which this Court granted on January 30, 2023. ECF Nos. 44, 45. Undersigned counsel entered his appearance on February 16, 2023. ECF No. 47. On that same date, counsel filed an Unopposed Motion for Revised Scheduling Order, which sought to extend all deadlines in the above-referenced Scheduling Order by sixty (60) days. ECF No. 48. This Court granted counsel's motion on February 17, 2023. ECF No. 49. On April 17, 2023, counsel filed a Second Unopposed Motion for Revised Scheduling Order, which sought to extend all deadlines in the above-referenced Scheduling Order by thirty (30) days. ECF No. 51. This Court granted counsel's motion on April 24, 2023. ECF No. 52.

On May 17, 2023, undersigned counsel Anna I. Heshmati, filed a Notice of Change of Deputy Attorney General notifying the Court that she was substituting Deputy Attorney General Taylor M. L. Rivich and assuming responsibility for representing the interests of the Defendants. ECF No. 58.

Counsel have agreed to stipulate to an extension of thirty (30) days to all deadlines in the revised scheduling order so as to allow counsel for Defendants to familiarize herself with the case. The extension is also being requested so as to

permit the Federal Public Defender to finalize formulating inter-office procedures for handling 1983 cases and setting up logistical support in the office.[2]

Therefore, the parties stipulate to extend the deadlines in the scheduling order as follows:

- Discovery: that discovery in this action be completed on or before September 20, 2023;
- Pleadings that may be brought under Fed. R. Civ. P. 13 & 14, or joining additional parties under Fed. R. Civ. P. 19 & 20: that they be filed and served not later than June 16, 2023;
- Amendments to pleadings as provided for under Fed. R. Civ. P. 15: that they be filed and served no later than June 16, 2023;
- Expert disclosures: that they be made on or before July 18, 2023, and that disclosures of rebuttal experts be made on or before August 17, 2023;
- Dispositive Motions: that they be filed and served no later than October 20, 2023;
- Joint Pretrial Order: that it be due on November 22, 2023. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

## CONCLUSION

Based on the foregoing and for good cause appearing, the Parties respectfully request that the Court approve their Stipulation and request for a thirty (30) day extension of the discovery and other deadlines.

---

[2] As noted in Plaintiff's last motion for revised scheduling order, Mr. Leal's case comprised the first case assignment involving a 1983 action received by an attorney to the non-capital habeas unit at the Federal Public Defender. More appointments have since followed. In response to those appointments, the unit has set out to formulate inter-office procedures for handling 1983 cases. The unit has likewise set out to secure and allocate the necessary resources and staff support. Finally, the unit is in the process of conducting various training programs to enable undersigned and other counsel to handle 1983 actions in an effective manner.

1  Dated May 17, 2023.

| | |
|---|---|
| Aaron D. Ford<br>Attorney General | Rene L. Valladares<br>Federal Public Defender |
| */s/ Anna I. Heshmati*<br>Anna I. Heshmati<br>Deputy Attorney General | */s/ Martin L. Novillo*<br>Martin L. Novillo<br>Assistant Federal Public Defender |
| Attorney for Defendants | Attorney for Plaintiff |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  5-19-2023
_____

4