Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Martin L. Novillo
Assistant Federal Public Defender
Virginia Bar No. 76997
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Martin_Novillo@fd.org

*Attorney for Petitioner Jack Leal

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jack Leal,<br><br>      Plaintiff,<br><br>  v.<br><br>Nevada Department of Corrections, *et al.*,<br><br>      Defendants. | Case No. 2:21-cv-01965-GMN-VCF<br><br>**Unopposed motion to extend deadline to serve defendant and file proof of service** |

      Petitioner Jack Leal respectfully moves this Court for an extension of time of fourteen (14) days to serve Defendant H. Landsman, as required by this Court in its April 10, 2023, Notice of Intent to Dismiss. (ECF No. 50). Counsel for Defendants does not oppose the request.  In support of his motion, Mr. Leal represents as follows:

Counsel for Mr. Leal files the present motion in good faith. Mr. Leal initiated the current matter by filing a Complaint on or about October 25, 2021. ECF No. 1. This Court appointed counsel for Mr. Leal on January 30, 2023. ECF No. 45. Undersigned counsel entered his appearance on February 16, 2023. ECF No. 47. On April 10, 2023, this Court entered a Notice Regarding Intention to Dismiss as to three parties, Scott Mattinson, T. Agustin, and H. Landsman, unless proof of service was filed with the clerk by May 10, 2023. ECF No. 50. On May 8, 2023, undersigned counsel, through an investigator, effected service upon Defendant T. Agustin.[1] *See* ECF No. 56. The same investigator attempted to serve Defendant H. Landsman but was unable to find him at his place of residence. Counsel sought an extension until May 24, 2023, to serve Mr. Landsman, which this Court granted on May 15, 2023. ECF Nos. 55, 57.

Following the above motion for an extension of time, counsel hired a process server, "Legal Wings, Inc.," to serve Mr. Landsman. On May 24, 2023, undersigned counsel spoke with a representative for the process server who explained that an agent had unsuccessfully attempted service on two occasions in the preceding week. The representative suggested that, based on the process server's observations, Mr. Landsman may be avoiding service. The representative noted that the company will attempt service two more times this week, per the terms of its agreement with counsel's office.

In light of the above developments, undersigned counsel requests an additional extension of time of fourteen (14) days or until Wednesday June 7, 2023, to serve Mr. Landsman and file a proof of service with this Court.

---

[1] While attempting to ascertain the whereabouts of each above-referenced individual, counsel discovered that Defendant Scott Mattinson has passed away. Mr. Leal will voluntarily dismiss his case against that individual.

2

1    On May 24, 2023, undersigned counsel contacted opposing counsel Anna L. Heshmati to see if Defendants would stipulate to an extension of time as provided herein. Ms. Heshmati represented that Defendants do not oppose the request.

This motion is not filed for the purposes of delay, but in the interests of justice, as well as in the interest of Mr. Leal. As noted above, counsel was able to effect service upon Defendant Agustin and already filed the corresponding proof of service. Counsel for Mr. Leal respectfully requests this Court extend the deadline to serve Defendant Mr. Landsman and file proof of service by fourteen (14) days or until June 7, 2023.

Dated May 24, 2023.

Rene L. Valladares
Federal Public Defender

*/s/ Martin L. Novillo*
Martin L. Novillo
Assistant Federal Public Defender
Attorney for Plaintiff


IT IS SO ORDERED:

_____
United States ~~District~~ Magistrate Judge

Dated: 6-9-2023

3