Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Martin L. Novillo
Assistant Federal Public Defender
Virginia Bar No. 76997
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Martin_Novillo@fd.org

*Attorney for Petitioner Jack Leal

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jack Leal,<br><br>         Plaintiff,<br><br>     v.<br><br>Nevada Department of Corrections, *et al.*,<br><br>         Defendants. | Case No. 2:21-cv-01965-GMN-VCF<br><br>**Unopposed motion to extend deadline to serve defendant and file proof of service** |

Petitioner Jack Leal respectfully moves this Court for a final extension of time of thirty (30) days to serve Defendant H. Landsman, as required by this Court in its April 10, 2023, Notice of Intent to Dismiss. (ECF No. 50). Counsel for Defendants does not oppose the request. In support of his motion, Mr. Leal represents as follows:

Counsel for Mr. Leal files the present motion in good faith. Mr. Leal initiated the current matter by filing a Complaint on or about October 25, 2021. ECF No. 1. This Court appointed counsel for Mr. Leal on January 30, 2023. ECF No. 45. Undersigned counsel entered his appearance on February 16, 2023. ECF No. 47. On April 10, 2023, this Court entered a Notice Regarding Intention to Dismiss as to three parties, Scott Mattinson, T. Agustin, and H. Landsman, unless proof of service was filed with the clerk by May 10, 2023. ECF No. 50. On May 8, 2023, undersigned counsel, through an investigator, effected service upon Defendant T. Agustin.[1] *See* ECF No. 56. The same investigator attempted to serve Defendant H. Landsman but was unable to find him at his place of residence. Counsel sought an extension until May 24, 2023, to serve Defendant Landsman, which this Court granted on May 15, 2023. ECF Nos. 55, 57.

Following the above motion for an extension of time, counsel hired a process server, "Legal Wings, Inc.," to serve Mr. Landsman. On May 24, 2023, undersigned counsel spoke with a representative for the process server who explained that, in the preceding week, an agent had unsuccessfully attempted service on two occasions. The representative suggested that, based on the process server's observations, Mr. Landsman may have been avoiding service. The representative noted that the company would attempt service two more times. Counsel then sought another extension of time until June 7, 2023, to serve the defendant. ECF No. 63. Following the motion, counsel's process server unsuccessfully attempted service on two additional occasions. *See* Ex. A, Declaration of Attempted Service.

In light of the above developments, undersigned counsel requests a final extension of time of thirty (30) days to attempt to serve Defendant Landsman or

---

[1] While attempting to ascertain the whereabouts of each above-referenced individual, counsel discovered that Defendant Scott Mattinson has passed away. Mr. Leal will voluntarily dismiss his case against that individual.

seek alternative service methods consistent with Rule 4 and state law. Counsel's process server has indicated it will conduct a final, and more thorough, search to attempt to locate Defendant Landsman. Should those efforts fail, counsel will seek to serve the defendant through publication.

On June 7, 2023, undersigned counsel contacted opposing counsel Anna L. Heshmati to see if Defendants would stipulate to an extension of time as provided herein. Ms. Heshmati represented that Defendants do not oppose the request.

This motion is not filed for the purposes of delay, but in the interests of justice, as well as in the interest of Mr. Leal. As noted above, counsel has diligently sought to serve Defendant Landsman. Counsel for Mr. Leal respectfully requests a final extension, until Friday July 7, 2023, so that he may attempt to ascertain Defendant Landsman's whereabouts and personally serve him or, alternatively, seek authorization to serve him through publication.

Dated June 7, 2023.

        Rene L. Valladares
        Federal Public Defender

        */s/ Martin L. Novillo*
        Martin L. Novillo
        Assistant Federal Public Defender
        Attorney for Plaintiff

IT IS SO ORDERED:

_____
United States ~~District~~ Judge
         Magistrate

Dated: 6-8-2023

3

# EXHIBIT A

# EXHIBIT A

FEDERAL PUBLIC DEFENDER'S OFFICE, DISTRICT OF NEVADA
411 E BENNEVILLE AVE, STE 250
LAS VEGAS, NV 89101
(702) 388-6577



JACK LEAL
    Plaintiff

vs

CHARLES DANIEL, ET AL.,
    Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Case Number: 2:21-CV-01965-GMN-VCF

Dept:

**DECLARATION OF ATTEMPTED SERVICE**

TYLER TREWET, depose(s) and say(s):
That affiant(s) are and were at all times mentioned herein citizen(s) of the United States, over 18 years of age, not a party to, nor interested in the within action, and licensed to serve civil process under Nevada license number 389.

Legal Wings, Inc. received on 5/22/2023 a copy of the:
SUMMONS IN A CIVIL ACTION; CIVIL RIGHTS COMPLAINT

Based on the results at the address(es) listed below, affiant(s) were unable to serve:
**Defendant HENRY LANDSMAN**


**10055 CANYON HILLS AVENUE, LAS VEGAS, NV 89148**

TYLER TREWET                      5/22/2023        5:43 PM
No response at door. Noise and movement within. Occupant within moving around refusing to open for server.

TYLER TREWET                      5/23/2023        11:40 AM
No response at door. No activity within.

TYLER TREWET                      5/24/2023        12:20 PM
No response at door no activity or change from prior attempt. No answer with neighbor. Legal Wings contact sheet left on garage.

TYLER TREWET                      5/24/2023        7:09 PM
Received a text from ▮▮▮▮▮▮8195 stating the subject is no longer residing. See attached text message.

FEDERAL PUBLIC DEFENDER'S OFFICE, DISTRICT OF NEVADA        411 E BENNEVILLE AVE, STE 250 LAS VEGAS,

P-1985307.01

| | |
|---|---|
| JACK LEAL<br>    Plaintiff<br><br>vs<br><br>CHARLES DANIEL, ET AL.,<br>    Defendant | *Case Number:* 2:21-CV-01965-GMN-VCF<br><br>*Dept:*<br><br>**DECLARATION OF ATTEMPTED SERVICE** |

(CONTINUATION)

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Wednesday, June 7, 2023

_____
TYLER TREWET
Registered Work Card R-2019-04184

