Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
New Hampshire Bar #15604
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
ryan_norwood@fd.org

*Attorney for Petitioner Jack Leal

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jack Leal,<br><br>         Plaintiff,<br><br>    v.<br><br>Charles Daniels, *et al.*,<br><br>         Defendants. | Case No. 2:21-cv-01965-GMN-VCF<br><br>Stipulation to Motion to Strike Second Amended Complaint |

STIPULATION

Having met and conferred regarding the Amended Complaint (ECF 68), and Defendants' Motion to Strike that Complaint (ECF 71), the parties agree that the Motion to Strike should be granted, and that Leal's first Amended Complaint filed on December 29, 2021 (ECF 9) should remain the operative complaint in this action. The parties wish to proceed with litigation pursuant to the proposed plan set forth in a contemporaneously filed stipulation.   Defendants reserve the right to move to strike or oppose any future proposed Amended Complaint.

/

/

/

## CONCLUSION

Based on the foregoing, the Parties respectfully request that the Court strike the Second Amended Complaint (ECF 68).

Dated August 29, 2023

| | |
|---|---|
| Aaron D. Ford<br>Attorney General | Rene L. Valladares<br>Federal Public Defender |
| /s/ Keith G. Munro | /s/ Ryan Norwood |
| Keith G. Munro<br>Deputy Attorney General | Ryan Norwood<br>Assistant Federal Public Defender |

IT IS SO ORDERED:

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 9-7-2023