Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
New Hampshire Bar #15604
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org
*Sean A. McClelland
Assistant Federal Public Defender
District of Columbia Bar No. 90001362
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Sean_McClelland@fd.org
*Attorneys for Petitioner Jack Leal

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jack Leal,<br><br>    Plaintiff,<br><br>    v.<br><br>Nevada Department of Corrections, *et al.*,<br><br>    Defendants. | Case No. 2:21-cv-01965-GMN-VCF<br><br>**Stipulation for Extension of Time to File Reply** |

On December 21, 2023, Defendants filed a 15-page response (ECF 83) to Plaintiff's motion for leave to file a second amended complaint (ECF 80).

Counsel and staff at the office of Plaintiff's counsel have planned to take time off during the upcoming holidays. To avoid undue hardship, the parties have conferred and agreed to stipulate that the deadline for filing a reply be extended until January 3, 2024.

## CONCLUSION

Based on the foregoing and for good cause appearing, the Parties respectfully request that the Court approve their Stipulation and extend the Reply deadline to ECF 83 until January 3, 2024.

Dated December 28, 2023

| | |
|---|---|
| Aaron D. Ford<br>Attorney General | Rene L. Valladares<br>Federal Public Defender |
| <u>/s/ Victoria C. Corey</u><br>Leo T. Hedges<br>Victoria C. Corey<br>Deputy Attorney General | <u>/s/ Ryan Norwood</u><br>Ryan Norwood<br>Assistant Federal Public Defender |

IT IS SO ORDERED:

_____
CAM FERENBACH, US MAGISTRATE JUDGE

Dated: December 29, 2023