Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
New Hampshire Bar #15604
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org
*Sean A. McClelland
Assistant Federal Public Defender
District of Columbia Bar No. 90001362
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Sean_McClelland@fd.org
*Attorneys for Petitioner Jack Leal

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jack Leal, <br><br> Plaintiff, <br><br> v. <br><br> Nevada Department of Corrections, *et al.*, <br><br> Defendants. | Case No. 2:21-cv-01965-GMN-MDC <br><br> **Fifth Stipulation for Revised Scheduling Order** |

Pursuant to FRCP 16(b)(4) and Local Rule 26-2, the parties stipulate and agree to modify/extend the Scheduling Order (ECF No. 82) and respectfully request the Court approve the proposed schedule, set forth herein, extending the remaining deadlines in this case for 60 days. This is the fifth stipulation for the extension of these deadlines; Plaintiff's prior counsel had also filed two unopposed motions for extensions. This request is submitted at least twenty-one (21) days or more before the close of discovery (April 19, 2024) is made in good faith, and is supported by good cause.

## STATEMENT OF FACTS IN SUPPORT OF STIPULATION

This case began with a pro se complaint filed by Plaintiff Jack Leal on October 25, 2021. ECF No. 1. At the Court's direction Mr. Leal filed a pro se Amended Complaint (ECF No. 9), which the Court screened and accepted. (ECF No. 11).

The Court entered its initial Scheduling Order on November 21, 2022. ECF No. 41. Since then, events have necessitated further stipulations for extension. The Court appointed counsel for Mr. Leal, who entered an appearance in February 2023. ECF Nos. 44, 45, 47. Both parties have since substituted counsel; current counsel for both the plaintiff and defendants entered appearances in August and September 2023, respectively. ECF Nos. 72, 77.

Current counsel have been working diligently to complete discovery and litigate the case. Based in part on discovery previously received, Mr. Leal sought leave to file a second amended complaint (SAC), which the Court granted. ECF No. 88. Mr. Leal filed the SAC, which adds new defendants to the lawsuit, on February 2, 2024. ECF No. 89. The Attorney General has accepted service on behalf of these defendants[1] and has filed a 25-pages Motion to Dismiss on February 15, 2024, raising four grounds for dismissal. ECF No. 90. In the midst of this litigation, the parties have conducted two depositions in February, and Mr. Leal noticed an expert witness on February 20, 2024.

The parties have recently conferred and determined that an extension of the discovery schedule is necessary for several reasons. First, in light of the newly added defendants additional time is needed for the parties to complete discovery, which is currently due to be completed on April 19, 2024. Second, Plaintiff's counsel Sean McClelland began a trial in California on February 19, 2024 which is expected to last

---

[1] As noted in the Motion, the Attorney General believes Defendant Denise McKee is deceased. ECF 90, pg. 1.

until mid-May. Third, Plaintiff's counsel Ryan Norwood will be taking leave for a portion of March 2024 because of a medical issue in his family. For these reasons, additional time is needed to both complete discovery and for plaintiff to file a response to Motion to Dismiss. In light of this, the parties propose the remaining deadlines as follows:

- That discovery in this action be suspended until May 29, 2024;
- Motion to Dismiss: that Plaintiff's response be filed by April 1, 2024, and that any Reply be filed by April 15, 2024;
- Expert disclosures: that upon reopening of discovery, disclosures of rebuttal experts be made on or before June 28, 2024;
- Discovery shall be completed by August 27, 2024;
- Dispositive Motions: that they be filed and served no later than September 26, 2024;
- Joint Pretrial Order: that it be due on October 28, 2024. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

**CONCLUSION**

Based on the foregoing and for good cause appearing, the Parties respectfully request that the Court approve their Stipulation and alter the discovery deadlines as set forth above.

Dated February 27, 2024

| | |
|---|---|
| Aaron D. Ford<br>Attorney General | Rene L. Valladares<br>Federal Public Defender |
| */s/ Leo T. Hendges* | */s/ Ryan Norwood* |
| Leo T. Hendges<br>Senior Deputy Attorney General | Ryan Norwood<br>Assistant Federal Public Defender |

IT IS SO ORDERED:

_____
Maximiliano D. Couvillier III
United States Magistrate Judge

Dated: 2-28-24

4