UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACK LEAL,<br><br>    Plaintiff,<br>vs.<br><br>CHARLES DANIELS, *et al.*,<br><br>    Defendants. | Case No.: 2:21-cv-01965-GMN-MDC<br><br>**ORDER** |

  Pending before the Court is the Memorandum, (ECF No. 111), entered by the United States Court of Appeals for the Ninth Circuit reversing the Court's denial of the motion to dismiss on the grounds of qualified immunity with respect to Warden Hutchings, Dr. Sanchez, and Dr. Pena (in his capacity as a treating physician) and affirming the Court's order as to the remaining Defendants. The United States Court of Appeals for the Ninth Circuit entered its Mandate on December 16, 2025, hereby transferring jurisdiction back to this Court.

  Accordingly,

  **IT IS HEREBY ORDERED** that the Eighth Amendment claim against Warden Hutchings, Dr. Sanchez, and Dr. Pena (in his capacity as a treating physician) are **DISMISSED** because the Ninth Circuit reversed the Court's denial of the motion to dismiss on the grounds of qualified immunity as to these defendants. However, because Dr. Pena was also a member of the Utilization Review Panel/Committee, the Ninth Circuit allows Leal's claim against Dr. Pena in that capacity to proceed.

  **IT IS FURTHER ORDERED** that Warden Hutchings and Dr. Sanchez are **DISMISSED** from this action because there are no remaining claims alleged against them. All other Defendants remain party to this action.

  **IT IS FURTHER ORDERED** that the stay in this case is **LIFTED**.

The Court **REFERS** to Magistrate Judge Couvillier to best determine how to reset the case back on the discovery track.

**DATED** this __16__ day of December, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court