AARON D. FORD
Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JACK LEAL,

Plaintiff,

v.

NDOC, *et al.*,

Defendants.

Case No. 2:21-cv-01965-GMN-MDC

**STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff, Jack Leal, by and through his counsel, Sean McClelland and Ryan Norwood of the Federal Public Defender, District of Nevada, and Defendants, Kim Adamson, Terence Agustin, Carlos Calderon, Ted Hanf, Henry Landsman, Michael Minev, Rene Pena, and Lorenzo Villegas, hereby stipulate that the above-captioned action is dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 23rd day of October, 2026.

By: */s/ Ryan Norwood*
Ryan Norwood (PA Bar No. 332919)
Assistant Federal Public Defender
Sean McClelland (D.C. Bar No. 90001362)
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org
Sean_McClelland@fd.org

DATED this 23rd day of October, 2026.

AARON D. FORD
Attorney General

By: */s/ Samuel L. Pezone, Jr.*
Samuel L. Pezone, Jr. (Bar No. 15978)
Deputy Attorney General
*Attorneys for Defendants*

**ORDER**

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees.

The Clerk of Court is kindly directed to close the case.

**IT IS SO ORDERED:**

**DATED** this 23 day of October, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT